AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

America's Home Place, Inc.
*Plaintiff(s)*

Dream Builders of MS, LLC, Jesse W. Burt, Jr., Dorothy K. Burt, James Todd Phillips, Howard + Sindy Johnson
*Defendant(s)*

Civil Action No. 2:16 cv 81-KS-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Dream Builders of MS LLC
By & Through
Jesse W. Burt, Jr. Registered Agent
225 Canal Street, McComb MS

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Bell, Esq.
318 S. State St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUN 09 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

America's Home Place, Inc.
*Plaintiff(s)*

v.

Dream Builders of MS, LLC, Jesse W. Burt, Jr.,
Dorothy K. Burt, James Todd Phillips,
Howard & Sindy Johnson
*Defendant(s)*

Civil Action No. 2:16 cv 81-KS-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dorothy K. Burt
225 Canal St.
McComb, MS 39648

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Bell, Esq.
318 S. State St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: JUN 0 9 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

America's Home Place, Inc
_____
Plaintiff(s)

v.

Dream Builders of MS, LLC, Jesse W. Burt, Jr.,
Dorothy K. Burt, James Todd Phillips,
Howard & Sindy Johnson
_____
Defendant(s)

Civil Action No. 2:16 cv 81-KS-MTP

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

James Todd Phillips
225 Canal St.
McComb, MS 39648

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Bell, Esq.
318 S. State St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUN 0 9 2016

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

America's Home Place, Inc.
*Plaintiff(s)*

v.    Civil Action No. 2:16 cv 81-KS-MTP

Dream Builders of MS LLC, Jesse W. Burt, Jr,
Dorothy K. Burt, James Todd Phillips,
Howard Johnson & Sindy Johnson
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Howard Johnson
16 Packwood Rd
Tylertown, MS 39667   * or wherever he may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Bell
318 S. State St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUN 0 9 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

America's Home Place, Inc.

*Plaintiff(s)*

v.

Dream Builders of MS, LLC, Jesse W. Burt, Jr., Dorothy K. Burt, James Todd Phillips, Howard Johnson, & Sindy Johnson

*Defendant(s)*

Civil Action No. 2:16 cv 81-KS-MTP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Sindy Johnson
16 Packwood Rd.
Tylertown, MS 39667  *or wherever she may be found

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Bell, Esq.
318 S. State St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date: JUN 0 9 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

America's Home Place Inc. )
*Plaintiff(s)* )
v. )
Dream Builders of MS, LLC, Jesse W. Burt Jr., ) Civil Action No. 2:16 cv 81-KS-MTP
Dorothy K. Burt, James Todd Phillips, )
Howard & Sindy Johnson )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Jesse W. Burt, Jr.
225 Canal St.
McComb, MS 39648

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James D. Bell, Esq.
318 S. State St.
Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: JUN 09 2016

*Signature of Clerk or Deputy Clerk*